COURT OF APPEALS OF VIRGINIA

Present: Judges Humphreys, McCullough and Senior Judge Bumgardner

HARRY WILLIAM HALL

                                                    MEMORANDUM OPINION[*]
v.      Record No. 0980-13-4                              PER CURIAM
                                                       OCTOBER 8, 2013

FREESTATE ELECTRIC COMPANY, INC. AND
  AMERICAN HOME ASSURANCE COMPANY

            FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                (Harry William Hall, *pro se*, on briefs).

                (Alex M. Mayfield; Jordan Coyne & Savits, LLP, on brief), for
                appellees.


        Harry William Hall appeals a decision of the Workers' Compensation Commission

finding that his May 2012 claim is barred by the doctrine of res judicata. On appeal, Hall claims

(1) appellees' current counsel was not properly substituted for former counsel, (2) the

commission erred in finding that Hall filed a "Claim of Benefit for a Change of Condition" on

December 28, 2011, (3) the commission misinterpreted an April 8, 2003 award, and (4) the

commission "erred when it did not use its inherent powers to make its own motion based on the

filed 'Change of Condition' and 'Review On the Record.'"

        We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Hall v. Freestate Elec. Co., VWC File No. JCN 2019437 (May 1, 2013). We

dispense with oral argument and summarily affirm because the facts and legal contentions are

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED

adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.